

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00139-CV

TODD JOHNSON, APPELLANT

V.

MOHAWK FACTORING, LLC, APPELLEE

On Appeal from the County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2023-002912-2, Honorable Jennifer A. Rymell, Presiding

June 25, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Todd Johnson, appeals from the trial court's judgment.[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam